UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPHINUM BUILDING STAFF, et al.,<br><br>Defendants. | Case No. C23-1596RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Keywanie S. Bridgewater filed a proposed complaint on October 16, 2023. Dkt. #1. In response, the Court mailed him a letter listing the following deficiencies: filing fee not paid, civil cover sheet omitted, and improper signature. Dkt. #3. The Court's letter gave a deadline of November 17, 2023, to pay the filing fee or to submit an application to proceed in forma pauperis. *Id*. The letter warns that failure to fix these deficiencies could result in dismissal of the action. *Id.* On October 24, 2023, Plaintiff filed a proposed amended complaint without a cover sheet and included a copy of the Court's letter in his filings. Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. The deadline has now passed. The Court concludes that Plaintiff has failed to respond to the Court's instructions and failed to prosecute this case.

ORDER OF DISMISSAL - 1

1  Accordingly, the Court hereby FINDS and ORDERS that Plaintiff's claims are properly
2  DISMISSED without prejudice for failure to pay the filing fee or to submit an application to
3  proceed in forma pauperis.  This case is CLOSED.

DATED this 29th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2